**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.K.L.R., A MINOR | : | No. 360 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: K.H. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: L.M.J.R., A MINOR | : | No. 361 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: K.H. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of February, 2021, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, restated for clarity, are:

(1) Whether the Superior Court erred in rejecting the trial court's findings under 2511(a)(8) and 2511(b), thereby conflicting with this Honorable Supreme Court's holding in *In re R.J.T.*, 9 A.3d 1179 (Pa. 2010).

(2) Whether the Superior Court in the instant case has substituted its own discretion for that of the trial court, thereby substantially departing from an accepted and usual course of judicial proceedings.